UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-21467-Civ-Gold/McAliley

KHALILAH M. MENDEZ,

      Plaintiff,

v.

PHILLIPS & COHEN ASSOCIATES, LTD.,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

      Plaintiff, Khalilah M. Mendez, gives notice that the parties have reached a

settlement, will conclude the settlement process shortly and will file a joint

dismissal with prejudice by March 26, 2010.

                  Respectfully submitted,

                  DONALD A. YARBROUGH, ESQ.
                  Attorney for Plaintiff
                  Post Office Box 11842
                  Fort Lauderdale, Florida 33339
                  Telephone: (954) 537-2000
                  Facsimile: (954) 566-2235
                  donyarbrough@mindspring.com

                  s/Donald A. Yarbrough
                  Donald A. Yarbrough, Esq.
                  Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-21467-Civ-Gold/McAliley

KHALILAH M. MENDEZ,

     Plaintiff,

v.

PHILLIPS & COHEN ASSOCIATES, LTD.,

     Defendant.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>March 11, 2010</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              <u>s/Donald A. Yarbrough</u>
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Valerie E. Pitt, Esq.
Law Office of James J. Gallagher
Suite 1000
200 East Broward Boulevard
Ft. Lauderdale, FL 33301
Telephone: 954-308-8790
Facsimile: 954-763-3316

<u>Via Notices of Electronic Filing generated by CM/ECF</u>