UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-21467-CIV-GOLD/MCALILEY

KHALILAH M. MENDEZ,

    Plaintiff,

v.

PHILLIPS & COHEN ASSOCIATES, LTD.,

    Defendant.
_____/

### FINAL ORDER DISMISSING CLAIMS WITHOUT PREJUDICE; CLOSING CASE

THIS CAUSE is before the Court upon the parties' Stipulation for Joint Dismissal with Prejudice **[DE 44]**.  Having been informed the parties are in agreement and have resolved all disputes, it is hereby

ORDERED AND ADJUDGED:

1.    Plaintiff's Complaint is DISMISSED *with prejudice*.

2.    Both parties shall bear their own costs and attorney fees.

3.    This case is CLOSED and all pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers, Miami, Florida on this 23rd day of March, 2010.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATED DISTRICT JUDGE

cc: Magistrate Judge Chris M. McAliley
    All Counsel of Record